AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
VINCENT LARRY PHILLIPS

)
)
)
)
)
)

8156659

Case: 1:25-cr-00366
Assigned To: Judge Ali, Amir H.
Assign Date: 11/20/2025
Description: INDICTMENT (B)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   VINCENT LARRY PHILLIPS ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy);
26 U.S.C. § 7206(2) (Aiding in the Preparation of False Returns);
18 U.S.C. § 1001 (False Statements); and
18 U.S.C. § 1028A (Aggravated Identity Theft).

Date:   11/20/2025

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/20/2025 , and the person was arrested on *(date)* 12/18/2025
at *(city and state)*   Washington DC .

Date: 12/18/2025

*Arresting officer's signature*

D. Stallman - DUSM
*Printed name and title*